IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MATTHEW FAYARD
#49336                                                                              PLAINTIFF

v.                                  No. 3:25-cv-94-DPM

DOES                                                                              DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Fayard hasn't updated his address, and his mail is still being returned undelivered. *Doc. 4–7*. His complaint will therefore be dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2025