IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MATTHEW FAYARD
#49336                                                                PLAINTIFF

v.                          No. 3:25-cv-94-DPM

DOES                                                                DEFENDANTS

## JUDGMENT

Fayard's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2025